# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| JOSEPH L. WATTS | CIVIL ACTION NO. 21-2011-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LA INDIGENT DEFENDER BOARD, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Joseph L. Watts's claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 23rd day of May, 2022.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT